[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-11063
Non-Argument Calendar

_____

D.C. Docket No. 4:94-cr-04071-WS-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEFFANY FRAZIER,
a.k.a. Steffeny Bernard Frazier,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(November 19, 2018)

Before TJOFLAT, WILSON, and JORDAN, Circuit Judges.

PER CURIAM:

Marisa C. Maleck, appointed counsel for Steffany Frazier in this appeal from the denial of a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit that are not waived, counsel's motion to withdraw is **GRANTED**, and Frazier's convictions and sentences are **AFFIRMED**.